# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:94-cr-0012-PMP-LRL |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| GLENDA LACAP CUNANAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Dated:___November 29, 2010___ |

PRESENT:_____THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge_____

JUDICIAL ASSISTANT:___Carol DePino___ RECORDER:_____None_____

COUNSEL FOR THE UNITED STATES: _____None Appearing_____

COUNSEL FOR THE DEFENDANT(S): _____None Appearing_____

    Before the court is a letter (#27) from the defendant dated October 7, 2010.  In the letter Ms. Cunanan requests that this case be sealed.  A review of the docket sheet reveals that, with the exception of the October 7, 2010 letter itself, none of the documents previously filed in this nearly seventeen-year old case, including the indictment, is retrievable or reproducible.

    IT IS THEREFORE ORDERED that Ms. Cunanan's request (#27) is denied as moot.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**